IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL RASHEED,<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN MARK CAPOZZA, THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, THE DISTRICT ATTORNEY OF ALLEGHENY COUNTY,<br><br>   Respondents. | )<br>)<br>)<br>)<br>) Civil Action No. 21-1513<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>MEMORANDUM ORDER</u>**

  On October 22, 2021, Petitioner Abdul Rasheed ("Rasheed") commenced this civil action in which he seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket Nos. 1, 4). In the petition, Rasheed challenges his 2018 judgment of sentence imposed in CP-02-CR-0013839-2016 in the Allegheny County Court of Common Pleas following his guilty plea to third-degree murder, aggravated assault, persons not to possess firearms, receipt of stolen property, firearms not to be carried without a license, false identification to law enforcement, and possession of heroin. This case was referred to Magistrate Judge Lenihan and reassigned to Chief Magistrate Judge Lanzillo, before being referred to Magistrate Judge Taylor. Judge Taylor issued a report and recommendation (R&R) in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Civil Rule 72 indicating that the Petition for Writ of Habeas Corpus ought to be denied and no certificate of appealability should issue. (Docket No. 22). Objections to the Report and Recommendation were due to be filed by November 26, 2024. (*Id.*). No objections were filed.

  Having reviewed the petition, other documents, and R&R in this case, the following order is entered:

2

AND NOW, this 3rd day of June 2025, IT IS ORDERED that Petitioner's petition for a writ of habeas corpus (Docket No. 4) shall be, and hereby is, DENIED with prejudice and the R&R of Magistrate Judge Taylor (Docket No. 22) is adopted as the opinion of this Court.  Because jurists of reason would not find it debatable that Rasheed failed to make a substantial showing of the denial of a federal constitutional right, IT IS FURTHER ORDERED that no certificate of appealability shall issue.  The Clerk of Court shall mark this case closed.

/s/ W. Scott Hardy
W. Scott Hardy
United States District Judge

cc: ABDUL RASHEED (via U.S. Mail)
NL 1346
SCI FAYETTE
50 Overlook Drive
LaBelle, PA 15450

ecf: All counsel of record